# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARON SPIVEY,<br><br>            Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>            Defendants. | Case No. 3:23-CV-00666-ECM-KFP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sharon Spivey and Defendants Sanofi-Aventis U.S. LLC (separately, and doing business as Winthrop U.S.) and Sanofi US Services, Inc. (formerly known as Sanofi-Aventis U.S. Inc.), hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: January 28, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ John Christopher Elliott* (with permission)<br>John Christopher Elliott<br>BACHUS & SCHANKER, LLC<br>1801 California St., STE 4800<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>celliott@coloradolaw.net<br><br>William Louis McKinney Bross, IV<br>Heninger Garrison Davis, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>205-326-3336<br>Email: william@hgdlawfirm.com<br><br>*Attorneys for Plaintiff* | */s/ Christopher P. Gramling*<br>Christopher P. Gramling (Admitted pro hac vice)<br>Robert Abraham McClendon (Admitted pro hac vice)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547<br>cgramling@shb.com<br>rmcclendon@shb.com<br><br>Christopher C. Yearout (asb-8053-S82Y)<br>W. McKinley Dunn (asb-1762-B59R)<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 20th Street North<br>Birmingham, Alabama 35203<br>205-581-1529 Phone<br>205-581-0799 Fax<br>*cyearout@lightfootlaw.com*<br>*mdunn@lightfootlaw.com*<br><br>*Attorneys for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Darin Lee Schanker
Bachus & Schanker LLC
1899 Wynkoop Street
Suite 700
Denver, CO 80202
303-893-9800

John Christopher Elliott
Bachus & Schanker, LLC
1801 California Street
Suite 4800
Denver, CO 80202
303-893-9800
celliott@coloradolaw.net

Jere Kyle Bachus
Bachus & Schanker LLC
950 17th Street
Suite 1050
Denver, CO 80202
303-893-9800

William Louis McKinney Bross, IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
william@hgdlawfirm.com

              /s/ *Christopher P. Gramling*
              Christopher P. Gramling